IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KERMIT TY POULSON, | CV 25-10-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| KATHLEEN DESOTO, ET AL., | |
| Defendants. | |

Kermit Ty Poulson has filed a document on the Court's form for a 42 U.S.C. § 1983 Complaint. (Doc. 2.) It is manifest, however, that the contents of the document do not contain a claim actionable under § 1983, but rather, a motion to dismiss his ongoing federal prosecution. (Doc. 2 at 5.) Because Poulson is represented in his criminal matter, any motion must be filed by his counsel. *See U.S. v. Poulson*, Cause No. CR-23-56-M-DLC.

Accordingly, it is HEREBY ORDERED:

1. This matter is dismissed. The Clerk of Court is directed to close the case.

2. The Clerk is directed to file Doc. 2 under seal in *U.S. v. Poulson*, Cause No. CR-23-56-M-DLC, pursuant to L.R. 44.1.

DATED this 21st day of January, 2025.

Donald W. Molloy, District Judge
United States District Court